IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0436

_____

MONTANA ENVIRONMENTAL
INFORMATION CENTER,

      Plaintiff and Appellee,

  v.

THE MONTANA DEPARTMENT OF PUBLIC
SERVICE REGULATION, PUBLIC SERVICE
COMMISSION, and NORTHWESTERN
CORPORATION d/b/a NORTHWESTERN
ENERGY,

      Defendants and Appellants.

_____

O R D E R

Upon consideration of Appellant Northwestern Energy's motion to consolidate Cause Nos. DA 22-0436 and DA 22-0437 and good cause appearing,

IT IS HEREBY ORDERED that Cause Nos. DA 22-0436 and DA 22-0437 are consolidated into Cause No. DA 22-0436 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2022